# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALAN DONNELLY, on behalf of himself and others similarly situated, <br>     Plaintiff, <br><br> v. <br><br> NCO FINANCIAL SYSTEMS, INC., <br>     Defendant. | 09 C 2264 <br><br> Judge Guzman <br><br><br> JURY DEMANDED |

## PARTIES' PROPOSED DISCOVERY PLAN

Alexander H. Burke for plaintiff and James Schultz and Bryan Shartle for defendant met telephonically on May 12, 2009 to discuss discovery. Pursuant to that meeting, the parties have agreed to propose the following discovery plan:

1.     26(a)(1) Disclosures Due: June 26, 2009.

2.     Expert Discovery - The parties anticipate that there may be experts used in this case, both for claims and defenses, and possibly for class certification issues. They suggest that the party that bears the burden of proof for any issue shall make the first disclosure according to this schedule:

    a. First disclosures: October 30, 2009;

    b. Responsive disclosures: December 4, 2009;

    c. Rebuttal disclosures: January 15, 2010;

3.     Joinder of parties and amendments of pleadings: November 20, 2009;

4.     All Discovery Cutoff: February 26, 2010.

Respectfully submitted,

| | |
|---|---|
| /s/Alexander H. Burke | /s/James K. Schultz (with consent) |
| Counsel for Plaintiff | Counsel for NCO Financial Services, Inc. |

BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 732
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com

Sessions Fishman Nathan & Israel, LLP
55 W Monroe St., Suite 1120
Chicago, IL 60603
(312) 578-0993
(312) 578-0991 (fax)

David Israel
Bryan Shartle
Sessions Fishman Nathan & Israel, LLP
Lakeway Two
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002-7227
(504) 846-79119
(504) 828-3737 (fax)

**Certificate of Service**

This document was served upon the following email addresses on June 16, 2009:

    Bryan Shartle  bshartle@sessions-law.biz
    James K. Schultz   jschultz@sessions-law.biz
    David Israel  disrael@sessions-law.biz

    /s/Alexander H. Burke