# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ALAN DONNELLY, on behalf of himself and others similarly situated, | ) ) | 09 C 2264 |
| Plaintiff, | ) ) | Judge Guzman |
| v. | ) ) | Magistrate Judge Nolan |
| NCO FINANCIAL SYSTEMS, INC., | ) ) | JURY DEMANDED |
| Defendant. | ) ) | |

## NOTICE OF MOTION

To:
    ECF Counsel of Record.

You are hereby notified that plaintiff has filed the attached **Plaintiff's Motion to Compel** and will appear on **October 8, 2009 at 9:30 am** in front of **Judge Guzman** in **Courtroom 1219** of the Everett McKinley Dirksen Building, United States Courthouse 219 South Dearborn Street, Chicago, IL 60604 to present such to the Court.

                                                                     /s/Alexander H. Burke

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

## CERTIFICATE OF SERVICE

I, Alexander H. Burke, hereby certify that this Motion and Notice of Motion were served upon counsel of record through the ECF system for the Northern District of Illinois.

                                                                     /s/Alexander H. Burke