IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALAN DONNELLY, on behalf of himself and others similarly situated, ) ) | 09 C 2264 |
| Plaintiff, ) | |
| ) | Judge Guzman |
| v. ) | Magistrate Judge Nolan |
| ) | |
| NCO FINANCIAL SYSTEMS, INC., ) | JURY DEMANDED |
| Defendant. ) ) | |

**PLAINTIFF'S RENEWED MOTION TO COMPEL**

Plaintiff respectfully requests that this Court decide Parts II and III of his motion to compel.  In support of this motion, plaintiff states:

1. Plaintiff filed a motion to compel discovery on October 2, 2009.  [Docket Item 24].

2. After meeting and conferring about the motion pursuant to Judge Guzman's October 13, 2009, order [docket item 28], plaintiff filed a status report [item 29] and requested that the parties brief Part I of the motion to compel dealing with "prior express consent" discovery, and continue to meet and confer as to Parts II and III.

3. The entire motion to compel was referred to Judge Nolan on October 20, 2009.  [Item 31.] Part I of the motion to compel is fully briefed.

4. Further meet and confer attempts as to Parts II and III have been largely unsuccessful. NCO has produced its contract with the creditor as it pertains to plaintiff, and no other documents or information.

5. This motion thus requests that the Court decide Parts II and III of the motion to compel.

WHEREFORE, plaintiff respectfully requests that this Court decide Parts II and III of his motion to compel, and award any relief the Court finds appropriate, including costs and fees.

Respectfully submitted,

/s/Alexander H. Burke

BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com