**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ALAN DONNELLY, on behalf of himself and others similarly situated, | ) ) | 09 C 2264 |
| Plaintiff, | ) ) | Judge Guzman |
| v. | ) ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | JURY DEMANDED |
| Defendant. | ) ) | |

**Fed.R.Civ.P. 41 STIPULATION FOR DISMISSAL**

Plaintiff and defendant hereby stipulate to dismissal of this case with prejudice and without costs as to plaintiff Alan Donnelly, and without prejudice as to the class, which has not been certified.


Respectfully submitted,


/s/Alexander H. Burke                    /s/James K. Schultz
Counsel for Plaintiff                          Counsel for Defendant

BURKE LAW OFFICES, LLC                 Sessions, Fishman, Nathan & Israel, L.L.C.
155 N. Michigan Ave., Suite 9020       55 W. Monroe St., Suite 1120
Chicago, IL 60601                             Chicago, IL 60603
(312) 729-5288                                 (312)578.0990
(312) 729-5289 (fax)                         (312)578.0991  (fax)
ABurke@BurkeLawLLC.com              jschultz@sessions-law.biz
www.BurkeLawLLC.com